```
                UNITED STATES DISTRICT COURT
                 MIDDLE DISTRICT OF TENNESSEE
                      COLUMBIA DIVISION
```

ANTHONY ADAMS                      ]
      Plaintiff,                   ]
                                   ]
v.                                 ]         No. 1:05-0079
                                   ]         JUDGE HAYNES
TENNESSEE DEPARTMENT OF            ]
CORRECTION, ET AL.                 ]
      Defendants.                  ]


O R D E R

In accordance with the Memorandum contemporaneously entered, Plaintiff's complaint is hereby DISMISSED for failure to state a claim upon which relief can be granted. 28 U.S.C. § 1915(e)(2)(B)(ii). An appeal of this order and the judgment rendered herein would not be taken in good faith. Coppedge v. United States, 369 U.S. 438, 445-446, 82 S.Ct. 917, 921, 8 L.Ed.2d 21 (1962). Therefore, the Plaintiff is NOT certified to pursue an appeal of this judgment in forma pauperis. 28 U.S.C. § 1915(a)(3).

Nevertheless, should the Plaintiff decide to file a notice of appeal, he must either pay the Clerk of Court the full appellate filing fee of two hundred fifty five dollars ($255.00) or submit an application to proceed in forma pauperis with a

certified copy of his inmate trust account statement for the previous six month period. 28 U.S.C. § 1915(a)(2); <u>McGore v. Wrigglesworth</u>, 114 F.3d 601 (6th Cir.1997).

It is so **ORDERED**.

**ENTERED** this the _1st_ day of December, 2005.

                                           WILLIAM J. HAYNES, JR.
                                           United States District Judge